Monte N. Stewart (ISB #8129)
Daniel W. Bower (ISB #7204)
**BELNAP STEWART TAYLOR & MORRIS PLLC**
12550 W. Explorer Drive, Suite 100
Boise, Idaho 83713
Telephone: (208) 345-3333
Facsimile: (208) 345-4461
stewart@belnaplaw.com
dbower@belnaplaw.com

Stephen V. Bomse
Robert A. Rosenfeld
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
sbomse@orrick.com
rrosenfeld@orrick.com

*Counsel for Defendants Blaine Larsen, Blaine Larsen Farms, Inc., Driscoll Potatoes, Inc. and Rigby Produce, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION | **Case No. 4:10-MD-02186-BLW** |
| | Judge B. Lynn Winmill |
| THIS DOCUMENT RELATES TO: | |
| *Brigiotta's Farmland Produce and Garden Center, Inc. v. United Potato Growers of Idaho, Inc., et al.*, Case No. 4:10-CV-307 | MOTION TO DISMISS CLAIMS AGAINST BLAINE LARSEN, BLAINE LARSEN FARMS, INC., DRISCOLL POTATOES, INC. AND RIGBY PRODUCE INC. |
| *Todd Simon v. United Potato Growers of Idaho, Inc., et al.*, Case No. 4:10-CV-520 | |
| *Heiden et al. v. United Potato Growers of America, Inc., et al.*, Case No. 4:10-CV-546 | Case No. 4:10-CV-307
Case No. 4:10-CV-520
Case No. 4:10-CV-546
Case No. 4:10-CV-576 |
| *Rizzo, et al. v. United Potato Growers of America, Inc.*, Case No. 4:10-CV-576 | |

Defendants Blaine Larsen, Blaine Larsen Farms, Inc., Driscoll Potatoes, Inc. and Rigby Produce, Inc. respectfully move the Court to dismiss the claims against them in the following matters: *Brigiotta's Farmland Produce and Garden Center, Inc. v. United Potato Growers of Idaho, Inc., et al.*, case no. 4:10-CV-307; *Todd Simon v. United Potato Growers of Idaho, Inc., et al.*, case no. 4:10-CV-520; *Heiden et al. v. United Potato Growers of America, Inc., et al.*, case no. 4:10-CV-546; *Rizzo, et al. v. United Potato Growers of America, Inc.*, case no. 4:10-CV-576. This motion is filed pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6) on the basis of insufficiency of pleadings, lack of personal jurisdiction and improper venue.

This motion is supported by an accompanying memorandum as well as co-defendants' motions and memoranda, as incorporated and referenced therein.

Dated March 18, 2011.

*[signature: Monte Stewart]*
Monte N. Stewart
Daniel W. Bower
**BELNAP STEWART TAYLOR & MORRIS PLLC**
12550 W. Explorer Dr. Suite 100
Boise, Idaho 83713

Stephen V. Bomse
Robert A. Rosenfeld
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

*Counsel for Defendants Blaine Larsen, Blaine Larsen Farms, Inc., Driscoll Potatoes, Inc. and Rigby Produce, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of March, 2011, a true and correct copy of the foregoing document was served on all counsel of record using the Court's CM/ECF system

*/s/ Monte N. Stewart*

Monte N. Stewart

Albert P Barker
apb@idahowaters.com

Allan Steyer
asteyer@steyerlaw.com

Andrew G Deiss
adeiss@joneswaldo.com

Arthur N Bailey, Jr
abailey@hausfeldllp.com

Bart M Davis
bmdavis@bmdlaw.net

Benjamin Andrew Schwartzman
bschwartzman@bwslawgroup.com

Billie Jean Siddoway
bsiddoway@joneswaldo.com

Bonny E Sweeney
BonnyS@rgrdlaw.com

Brad P Miller
bmiller@hawleytroxell.com

Bruce S Bistline
bbistline@gordonlawoffices.com

Carmen A Medici
cmedici@rgrdlaw.com

Chad V. Bonanni
chad@essex.bpflegal.com

Christopher Emrich Ondeck
condeck@crowell.com

Daniel G Swanson
dswanson@gibsondunn.com

Daniel M Cohen
danielc@cuneolaw.com

David J Syrios
dsyrios@ademilaw.com

Donald Amamgbo
donald@amamgbolaw.com

Donald Michael Barnes
dbarnes@porterwright.com

Douglas A Millen
dmillen@fklmlaw.com

Elizabeth McKenna
emckenna@milberg.com

Eric P Enson
epenson@jonesday.com

Eugene A Spector
espector@srkw-law.com

Gregory L Crockett
gregcrockett@hopkinsroden.com

Hollis Salzman
hsalzman@labaton.com

James A Wilson
jawilson@vorys.com

James E Hartley
jhartley@hollandhart.com

James J Pizzirusso
jpizzirusso@hausfeldllp.com

James S Lowrie
jlowrie@joneswaldo.com

Jay L Himes
jhimes@labaton.com

Jay S Cohen
jcohen@srkw-law.com

Jeffrey Alan LeVee
jlevee@jonesday.com

Jeffrey L Spector
jspector@srkw-law.com

John Michael Avondet
javondet@beardstclair.com

Jon T King
jking@hausfeldllp.com

Joseph Michael Barton
jbarton@glancylaw.com

Julio Joaquin Ramos
ramosfortrustee@yahoo.com

Kimberly A Kralowec
kkralowec@kraloweclaw.com

Lauren Block
lblock@milberg.com

Lionel Z Glancy
lglancy@glancylaw.com

Mark A Griffin
mgriffin@kellerrohrback.com

Matthew McBurney
mmcburney@crowell.com

Michael D Gaffney
gaffney@beardstclair.com

MOTION TO DISMISS CLAIMS AGAINST BLAINE LARSEN, BLAINE LARSEN FARMS, INC., DRISCOLL POTATOES, INC. AND RIGBY PRODUCE INC. - Pg.. 4

| | | |
|---|---|---|
| Michael Hausfeld<br>mhausfeld@hausfeldllp.com | Phillip A. Proger<br>No email listed | Steven A Kanner<br>skanner@fklmlaw.com |
| Michael M Goldberg<br>mmgoldberg@glancylaw.com | Reginald Von Terrell<br>reggiet2@aol.com | Steven B Andersen<br>sandersen@hollandhart.com |
| Michael Kowsari<br>mkowsari@girardikeese.com | Richard C Boardman<br>rboardman@perkinscoie.com | Susan G Kupfer<br>skupfer@glancylaw.com |
| Michael P Lehmann<br>mlehmann@hausfeldllp.com | Ronald J Aranoff<br>aranoff@bernlieb.com | Wade L. Woodard<br>wwoodard@bwslawgroup.com |
| Mindee J Reuben<br>reuben@wka-law.com | Salvatore Anthony Romano<br>sromano@porterwright.com | William L Greene<br>william.greene@leonard.com |
| Neil D McFeeley<br>nmcfeeley@eberle.com | Samuel G Liversidge<br>Sliversidge@gibsondunn.com | William V Reiss<br>wreiss@labaton.com |
| Paul Novak<br>pnovak@milberg.com | Sharron Williams Gelobter<br>sgelobter@yurumeinlaw.com | Winston V Beard<br>winstonbeard@me.com |
| Peter Safirstein<br>psafirstein@milberg.com | Stephen R Thomas<br>srt@moffatt.com | |
| Philip Howard Gordon<br>pgordon@gordonlawoffices.com | Steven A Asher<br>asher@wka-law.com | |

MOTION TO DISMISS CLAIMS AGAINST BLAINE LARSEN, BLAINE LARSEN FARMS, INC.,
DRISCOLL POTATOES, INC. AND RIGBY PRODUCE INC. - Pg.. 5