Philip Gordon, Esq. (ISBN 1996)
Bruce S. Bistline, Esq. (ISBN 1988)
GORDON LAW OFFICES
623 W. Hays Street
Boise, Idaho 83702
Phone: (208) 345-7100
Fax: (208) 345-0050
pgordon@gordonlawoffices.com
bbistline@gordonlawoffices.com

[Additional Counsel listed on signature page]

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO
### EASTERN DIVISION

| | |
|---|---|
| IN RE FRESH AND PROCESS POTATOES ANTITRUST LITIGATION | Civil Case No. 4:10-md-02186 BLW<br><br>MDL No. 2186 |
| THIS DOCUMENT RELATES TO:<br><br>*Brigiotta's Farmland Produce and Garden Center, Inc. v. United Potato Growers of Idaho, Inc., et al.*; Case No. 4:10-cf-00307 BLW | **DECLARATION OF JAMES PIZZIRUSSO IN SUPPORT OF PLAINTIFF BRIGIOTTA'S FARMLAND PRODUCE AND GARDEN CENTER, INC.'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS NOS. 72 (R.D. OFFUT CO.), 73 (PLEASANT VALLEY POTATO, INC.), 75 (BLAINE LARSEN, BLAINE LARSEN FARMS, INC., DRISCOLL POTATOES, INC. AND RIGBY PRODUCE INC.), 76 (POTANDON PRODUCE L.L.C.), 77 (IDAHOAN FOODS, LLC), 79 (CERTAIN DEFENDANTS AND DEFENDANT ASSOCIATIONS) AND 88 (DOLE FOOD COMPANY, INC. AND DOLE FRESH VEGETABLES, INC.) DATED MARCH 18, 2011** |

1.      I, James J. Pizzirusso, Esquire, hereby certify under penalty of perjury that a true and correct copy of the Report and Recommendation issued by Magistrate Judge Viktor V. Pohorelsky in *In re Air Cargo Shipping Servs. Antitrust Litig.*, No. 06-MDL-1775 (JG) (VVP) (E.D.N.Y.), dated September 22, 2010 and adopted by the district court on November 1, 2010, is attached hereto as Exhibit A.

2

|  |  |
|---|---|
| Date: May 6, 2011 | By: /s/James J. Pizzirusso |
|  | Hausfeld LLP |
|  | 1700 K Street, NW, Suite 650 |
|  | Washington, DC 20006 |
|  | 202.540.7200 Phone |
|  | 202.540.7201 Fax |