Neil D. McFeeley, ISB # 3564
EBERLE, BERLIN, KADING, TURNBOW & MCKLVEEN, CHTD.
1111 West Jefferson, Ste 530
PO Box 1368
Boise, ID 83701
Telephone: (208) 344-8535
Facsimile: (208) 344-8542
E-mail: nmcfeeley@eberle.com

James A. Wilson, Ohio State Bar # 0030704
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-5606
Facsimile: (614) 719-5039
E-mail: jawilson@vssp.com

Attorneys for the Defendant Idahoan Food, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>    ALL ACTIONS | Case No. 4:10-md-02186-BLW<br><br>DEFENDANT IDAHOAN FOODS, LLC 'S ATTACHMENT 1 TO PRESERVATION ORDER |

Pursuant to Section III.A.1 of the Preservation Order entered by the Court in the above-captioned litigation (Document No. 61), Defendant Idahoan Foods LLC submits its Attachment 1 to the Preservation Order, which sets forth its list of Custodians as agreed upon by the Parties on May 18, 2011.

<u>Custodians Most Likely to Possess Idahoan Foods LLC's Relevant Records</u>

1. Gordon Lewis, President & CEO

2. Kerry Buck, Vice President & CFO

3. Danny Yates, Senior Manager, Operations & Cost Accounting

4. Sam Huffman, Vice President, Operations & Technology

5. Drew Facer, Executive Vice President, Retail

DEFENDANT IDAHOAN FOODS, LLC'S
ATTACHMENT 1 TO PRESERVATION ORDER                                                                1

6.  Chuck Woodward, Vice President, Foodservice

7.  John O'Brien, Vice President, Ingredient & Export

8.  George Lake, Vice President, Supply Chain Management

9.  Dan Nakamura, Director, Raw Material Procurement

10. R.J. Andrus, Sr. Field Manager, Raw Material Procurement

11. Dan Shockey, Field Manager, Raw Material Procurement

Dated this 19th day of May, 2011.

**EBERLE, BERLIN, KADING, TURNBOW & MCKLVEEN, CHARTERED**

    /s/ Neil D. McFeeley
Neil D. McFeeley

James A. Wilson
**VORYS, SATER, SEYMOUR AND PEASE LLP**

Attorneys for Defendant Idahoan Foods, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2011, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record.

            /s/James A. Wilson
            Attorneys for Defendant Idahoan Foods, LLC