<u>MOTIONS, OBJECTIONS, ETC.</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 6/20/2011
Judge B. Lynn Winmill                      Deputy Clerk: Jamie Gearhart
Case No. **4:10-md-2186-BLW**             Reporter: Tammy Hohenleitner
Place: Boise                               Time: 5 hours and 46 minutes

**In Re: Fresh and Process Potatoes Antitrust Litigation**

Counsel for Direct Plaintiffs: James Pizzirusso, Steven Asher, Allan Steyer, Bruce Bistline, Raymond Farrow, Arron Sheanin, and Robert Biederman

Counsel for Indirect Plaintiffs: Susan G. Kupfer, Joseph M. Barton, and Paul Novak

Counsel for Defendant United Potato Growers of Idaho: James Hartley, Steven Andersen, James Lowrie, Billie Siddoway, and Andy Deiss

Counsel for Defendant UPCG: Brian Robison

Counsel for Defendant Blaine Larsen, Blaine Larsen Farms, Inc.: Stephen Bomse

Counsel for Defendant Potandon Produce: Chris Ondeck and Matthew McBurney

Counsel for Defendant Pleasant Valley Potato: Michael Gaffney

Counsel for Dole Defendants: Daniel G. Swanson and Stephen Thomas

Counsel for Defendant Idahoan Foods: James Wilson and Neil McFeeley

Counsel for Defendant RD Offutt Co.: William L. Greene

<u>Hearing on</u>:

Motion to Dismiss based on the Capper-Volstead Act and Related Statutes (dkt. 85)

Motion to Dismiss Claims Against Certain Defendants and Defendant Associations (dkt. 79)

Motion to Dismiss Indirect Purchasers' Claims (dkt. 82)

Motion to Dismiss for Failure to State a Claim (dkt. 72)

Motion to Dismiss (dkt. 77)

Motion to Dismiss (Fed. R. Civ. P. 12(b)(6) (dkt. 73)

Motion to Dismiss Claims against Blaine Larsen, Blaine Larsen Farms, Inc., Driscoll Potatoes, Inc, and Rigby Produce, Inc. (dkt. 75)

Motion to Dismiss (dkt. 78)

Motion to Dismiss (dkt. 76)

Motion to Dismiss (dkt. 88)

After oral argument, motions were taken under advisement. A written decision is forthcoming.