UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 4:10-MD-2186-BLW<br><br>ORDER |

**IT IS ORDERED:**

1. On or before the July 25, 2013 conference with Judge Dale, the parties shall either resolve the following issues or notify Judge Dale that they are still at issue:

    a. Pleasant Valley Potatoes transactional data matter;

    b. Production Issues related to the Andersen Banducci Defendants raised in Plaintiffs' June 20, 2013 letter; and

    c. Production of documents relating to "Wahlen/United II" litigation.

2. The parties shall resolve their dispute of the Andersen Banducci Defendants' privilege logs by agreeing in principle that a de-designation of a document does not constitute a waiver as to the subject matter of the document. This must be done as soon as possible because by July 26, 2013,

the Andersen Banducci Defendants must de-designate the relevant documents and produce to plaintiffs the privilege logs and, where appropriate, the underlying documents.

3. On or before August 2, 2013, the parties shall file a joint proposed Case Management Order No. 5 which incorporates the parties' proposal for addressing the addition of Associated Wholesale Grocers as a party.

DATED: July 18, 2013

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**