UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION** | **Case No. 4:10-MD-2186-BLW**<br>**ORDER** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

**IT IS ORDERED:**

1. Completion of Discovery: The deadline for pending fact discovery is extended to **July 17, 2014.** This is not an extension for additional discovery, but only an extension of time to complete discovery already pending or scheduled.

   a. Plaintiffs shall notify Defendants about what pending discovery will spill into the additional two-weeks for completion of pending fact discovery on or before **June 16, 2014**. And Defendants shall notify AWG about what pending discovery will spill into the additional two-weeks for completion of pending fact discovery on or before **June 16, 2014**.

b. Defendants may file a 5-page brief objecting to the discovery that will spill into the extra two weeks if they feel it will cause undue expense or burden on or before **June 18, 2014**. And AWG may file a 5-page brief objecting to the discovery that will spill into the extra two weeks if they feel it will cause undue expense or burden on or before **June 18, 2014**. The Court will invite response briefs if it deems them necessary.

2. Class Certification Motions: The deadlines for class certification briefs are amended as follows:

    a. Direct and indirect purchaser class plaintiffs' Motions for Class Certification and Expert Reports in Support thereof are due on **August 29, 2014**.

    b. Defendants' Opposition to Motions for Class Certification and Expert Reports in Support thereof are due on **December 19, 2014**.

    c. Reply Memoranda, and any Expert Reports in Support thereof, are due on **March 13, 2015**.

        i. A party may object to these amended deadlines. If a party intends to object to the amended deadlines, the party shall so notify the other parties and the Court (via email to Jeff Severson at jeff_severson@id.uscourts.gov and copied to opposing counsel) by no later than **June 13, 2014**. Each party

may then file a 5-page brief stating their position on the amended deadlines on or before **June 18, 2014**. The Court will then make a final determination. If no party files an objection, these amended deadlines will remain in effect.

3. Status Conference: The next Telephone Status Conference is set for **July 10, 2014 at 11:00 AM MDT**. The call in information is as follows: dial in number 1-877-336-1828, access code 4685496, and security code 2591. Agenda items are due **July 8, 2014**.




DATED: June 11, 2014

B. Lynn Winmill
Chief Judge
United States District Court