<u>TELEPHONIC STATUS CONFERENCE</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 8/14/2014
Judge B. Lynn Winmill                    Deputy Clerk: Jamie Gearhart
Case No. 4:10-md-2186                    Reporter: Lisa Yant
Place: Telephonic                        Time: 3:00 - 3:58 p.m.

In Re: Fresh and Process Potatoes Antitrust Litigation

Counsel for Direct Purchaser Plaintiffs - James Pizzirusso and Jeannine Kenney

Counsel for Indirect Purchaser Plaintiffs - Susan Kupfer

Counsel for United Potato Growers - Steven Anderson

Counsel for Associated Wholesale Grocers, Inc. - Steve Six

Counsel for Potandon Produce - Adrian Fontecilla

Counsel for Randon Wilson - Gary Sackett

Telephonic Status Conference held. The following agenda items were discussed:

    1) Informational updates.

    2) Class certification page limitations.

    3) Case scheduling.

    4) Motion to compel relating to documents withheld as privileged by Randon Wilson.

    5) Deposition by Randon Wilson.

    6) R.D. Offutt Co./Ronald Offutt Claw Back Notice.

The next telephonic status conference will be set 5-6 weeks out via a separate notice.