UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: DIRECT PURCHASER PLAINTIFFS ACTION | Case No.: 4:10-MDL-02186-BLW<br><br>**ORDER** |

On August 21, 2014, the parties requested a telephonic conference regarding a motion to compel to be filed by Plaintiffs regarding certain documents withheld from full disclosure in discovery, and a motion regarding additional deposition time for deponent Randon Wilson requested by Associated Wholesale Grocers.[1] On August 22, 2014, the Court directed the parties to participate in an informal telephonic conference to establish a briefing schedule for both motions.

---

[1] Plaintiffs may also want additional deposition time for deponent Randon Wilson, but the outcome of that motion may be dependent upon the Court's ruling regarding their motion to compel.

**ORDER - 1**

**IT IS HEREBY ORDERED as follows:**

Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs may file one motion and an accompanying joint memorandum of no more than twenty (20) pages on or before September 8, 2014.

The Andersen Defendants[2] and Randon Wilson may each file a responsive brief of no more than ten (10) pages each (or, no more than twenty (20) pages total between them) on or before September 29, 2014.

Plaintiffs may file a joint reply brief of no more than five (5) pages on or before October 5, 2014.

Within seven (7) days after the Court issues a ruling on the motion to compel, a motion and briefing may be filed requesting additional time for deposing witness Randon Wilson. The parties will be permitted to file briefs as follows:

Plaintiffs may file a joint motion and memorandum of no more than ten (10) pages; AWG may file a separate motion and memorandum of no more than six (6) pages.

A responsive brief shall be due within seven (7) days of service of the motion. Defendants and Randon Wilson may each file a responsive brief of no more than ten (10) pages each.

---

[2] The Andersen Defendants are those defendants represented by Steve Andersen of Andersen Banducci PLLC.

**ORDER - 2**

Plaintiffs may file a joint reply brief of no more than five (5) pages within three (3) days of service of the response brief.

Dated: August 26, 2014

Honorable Candy W. Dale
United States Magistrate Judge

**ORDER - 3**