UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION | Case No. 4:10-MD-2186-BLW |
| THIS DOCUMENT APPLIES TO:<br><br>ALL INDIRECT PURCHASER ACTIONS | HON. B. LYNN WINMILL<br><br>UNITED STATES DISTRICT JUDGE |

**<u>INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Indirect Purchaser Plaintiffs ("Plaintiffs") hereby move this Court for an Order certifying this action as a class action. Plaintiffs respectfully request that the Court certify the following Injunction and Indirect Purchaser State Law Classes in this action:

**INJUNCTION CLASS**

All individuals and entities who purchased fresh potatoes from retailers in the Identified States,[1] for end use and not for resale, between October 14, 2004 and the present. Excluded from the Class are Defendants, their co-conspirators, all present or former parents, predecessors, subsidiaries or affiliates of Defendants, all governmental entities and any judicial officer to whom this case is assigned. Also excluded are the purchases of organic potatoes.

**INDIRECT PURCHASER STATE LAW CLASSES FOR MONETARY RELIEF**

ARIZONA:

All individuals and entities who purchased fresh potatoes from retailers in Arizona, for end use and not for resale, between October 14, 2004 and the present (the "Arizona Indirect Purchaser Class").[2]

CALIFORNIA:

All individuals and entities who purchased fresh potatoes from retailers in California, for end use and not for resale, between October 14, 2004 and the present (the "California Indirect Purchaser Class").

FLORIDA:

All individuals and entities who purchased fresh potatoes from retailers in Florida, for end use and not for resale, between October 14, 2004 and the present (the "Florida Indirect Purchaser Class").

---

[1] The "Identified States" refers to the following jurisdictions: Arizona, California, Florida, Iowa, Kansas, Massachusetts, Michigan, Minnesota, Nevada, New York, North Carolina, Tennessee, Vermont, and Wisconsin. *See* Appendix A to Memorandum of Law In Support of Indirect Purchaser Plaintiffs' Motion for Class Certification.

[2] Excluded from the Class are Defendants, their co-conspirators, all present or former parents, predecessors, subsidiaries or affiliates of Defendants, all governmental entities and any judicial officer to whom this case is assigned. Also excluded are the purchases of organic potatoes. This exclusion applies to all state class definitions.

IOWA:

    All individuals and entities who purchased fresh potatoes from retailers in Iowa, for end use and not for resale, between October 14, 2004 and the present (the "Iowa Indirect Purchaser Class").

KANSAS:

    All individuals and entities who purchased fresh potatoes from retailers in Kansas, for end use and not for resale, between October 14, 2004 and the present (the "Kansas Indirect Purchaser Class").

MASSACHUSETTS:

    All individuals and entities who purchased fresh potatoes from retailers in Massachusetts, for end use and not for resale, between October 14, 2004 and the present (the "Massachusetts Indirect Purchaser Class").

MICHIGAN:

    All individuals and entities who purchased fresh potatoes from retailers in Michigan, for end use and not for resale, between October 14, 2004 and the present (the "Michigan Indirect Purchaser Class").

MINNESOTA:

    All individuals and entities who purchased fresh potatoes from retailers in Minnesota, for end use and not for resale, between October 14, 2004 and the present (the "Minnesota Indirect Purchaser Class").

NEVADA:

    All individuals and entities who purchased fresh potatoes from retailers in Nevada, for end use and not for resale, between October 14, 2004 and the present (the "Nevada Indirect Purchaser Class").

NEW YORK:

    All individuals and entities who purchased fresh potatoes from retailers in New York, for end use and not for resale, between October 14, 2004 and the present (the "New York Indirect Purchaser Class").

NORTH CAROLINA:

    All individuals and entities who purchased fresh potatoes from retailers in North Carolina, for end use and not for resale, between October 14, 2004 and the present (the "North Carolina Indirect Purchaser Class").

TENNESSEE:

> All individuals and entities who purchased fresh potatoes from retailers in Tennessee, for end use and not for resale, between October 14, 2004 and the present (the "Tennessee Indirect Purchaser Class").

VERMONT:

> All individuals and entities who purchased fresh potatoes from retailers Vermont, for end use and not for resale, between October 14, 2004 and the present (the "Vermont Indirect Purchaser Class").

WISCONSIN:

> All individuals and entities who purchased fresh potatoes from retailers in Wisconsin, for end use and not for resale, between October 14, 2004 and the present (the "Wisconsin Indirect Purchaser Class").

Plaintiffs seek class certification to resolve Defendants' liability pursuant to Section One of the Sherman Act, 15 U.S.C. § 1, state antitrust law, state consumer protection law, and state unjust enrichment law for their alleged conspiracy to raise the prices for fresh potatoes by restricting the supply of potatoes. As set forth in the Plaintiffs' Memorandum of Law, the Proposed Classes meet the requirements for class certification under Rule 23(a), 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure.

Each Plaintiff meets all the requirements for appointment as Class Representative of their respective Indirect Purchaser State Law Class and the Injunctive Class. Accordingly, Plaintiffs move for an order appointing following individuals and entities as class representatives:

| State | Class Rep |
|---|---|
| Arizona | Jonathan Rizzo |
| California | Trang Nguyen |
| California | Kelly Tschantz |
| Florida | John Brashears |
| Florida | Jeffrey Keel |
| Iowa | Crystal Tschantz |
| Iowa | Gary Tschantz |
| Kansas | BreAnne Krabbenhoft |
| Massachusetts | Paul Langner |
| Michigan | Kory Pentland |

| State | Class Rep |
|---|---|
| Minnesota | Abigail Rizzo |
| Nevada | Julie Ewald |
| New York | Brendan Farrell |
| New York | Benedetto DiLorenzo |
| North Carolina | Robert Finch |
| Tennessee | Suzy Ivey McCrory |
| Vermont | Jeff Potvin |
| Wisconsin | Navtej Bhandari |
| Wisconsin | Joyce Rizzo |

In addition, Plaintiffs move for an order appointing the law firms of Glancy Binkow & Goldberg LLP and Milberg LLP as Co-Lead Class Counsel.

This motion is supported by (1) the accompanying Memorandum of Law, and attached Appendices; (2) Indirect Purchaser Plaintiffs' Request for Judicial Notice; (3) the Expert Report of Gary L. French, Ph.D. Regarding Class Certification, and exhibits attached and/or referenced; (4) Direct Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' Joint Statement of Facts and (5) such other evidence and argument as may be presented at or before the hearing of this motion.

Plaintiffs respectfully request that this Court grant this motion for class certification, appoint plaintiffs as class representatives, and appoint the undersigned as class counsel.

Dated:  August 29, 2014                                           Respectfully submitted,


                                                                                  */s/ Susan G. Kupfer*

Susan G. Kupfer
Joseph M. Barton
**GLANCY BINKOW & GOLDBERG LLP**
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
skupfer@glancylaw.com
jbarton@glancylaw.com

Paul F. Novak
**MILBERG LLP**
One Kennedy Square
777 Woodward Ave, Suite 890
Detroit, MI 48226
Tel: (313) 309-1760
pnovak@milberg.com

Elizabeth McKenna
Charles Slidders
**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Tel: (212) 594-5300
emckenna@milberg.com
cslidders@milberg.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **IN RE: FRESH AND PROCESS** | : | |
| **POTATOES ANTITRUST** | : | |
| **LITIGATON** | : | Case No. 4:10-MD-2186-BLW |
| | : | |
| _____ | : | **CERTIFICATE OF SERVICE** |
| | : | |
| **THIS DOCUMENT APPLIES TO:** | : | |
| **ALL ACTIONS** | : | |

I HEREBY CERTIFY that on the 29th day of August, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Aaron M Chandler    amc@andersenbanducci.com

    Aaron M Sheanin    asheanin@pswplaw.com, yberry@pswplaw.com

    Adrian Fontecilla    afontecilla@proskauer.com

    Albert P Barker    apb@idahowaters.com, brs@idahowaters.com, sle@idahowaters.com

    Allan Steyer    asteyer@steyerlaw.com, amcintosh@steyerlaw.com, aratcliffe@steyerlaw.com, lrorem@steyerlaw.com

    Amanda K Brailsford    akb@andersenbanducci.com, ajg@andersenbanducci.com, ask@andersenbanducci.com, sdm@andersenbanducci.com, tpk@andersenbanducci.com

    Andrew Funk    funk@stuevesiegel.com

    Andrew H Stone (Terminated)    ahstone@email.utcourts.gov

    Anthony D Phillips    aphillips@bermandevalerio.com

    Arthur N Bailey , Jr    abailey@hausfeldllp.com

Bart M Davis     bartdavis@me.com, theresacarson@me.com

Benjamin D Bianco     bbianco@frankandbianco.com

Billie Jean Siddoway (Terminated)     billie@siddowaylaw.com

Bobby Pouya     bpouya@pswlaw.com, egrant@pswlaw.com, mwilliams@pswplaw.com

Bonny E Sweeney     BonnyS@rgrdlaw.com

Brent V Manning     bmanning@mc2b.com, landerson@mc2b.com, sthurgood@mc2b.com

Brian E McGovern     bmcgovern@mlklaw.com, mercules@mlklaw.com, tchamberlain@mlklaw.com

Bruce S Bistline     bbistline@gordonlawoffices.com

Carmen A Medici     cmedici@rgrdlaw.com, E_File_SD@rgrdlaw.com, mbacci@rgrdlaw.com

Chad V. Bonanni , Esq     cbonanni@essex.bpflegal.com

Charles Slidders     cslidders@milberg.com

Christopher Dandurand     dandurand@stuevesiegel.com, deboe@stuevesiegel.com

Christopher Emrich Ondeck     condeck@proskauer.com, akjones@proskauer.com, prdocketing@proskauer.com

D Scott Macrae     smacrae@bamlawlj.com

Daniel E Williams     danw@thomaswilliamslaw.com, chris@thomaswilliamslaw.com

Daniel G Swanson     dswanson@gibsondunn.com

Daniel J Vitelli     dvitelli@constantinecannon.com

Daniel M Cohen     danielc@cuneolaw.com, joel@cuneolaw.com

Daniel W Bower     dbower@stm-law.com, suzie@stm-law.com

David A Hickey     hickey@stuevesiegel.com

David Alan Scupp     dscupp@cpny.com

David J Syrios     dsyrios@ademilaw.com

Donald Amamgbo     donald@amamgbolaw.com

Donald Michael Barnes (Terminated)     DBARNES@PORTERWRIGHT.COM

Douglas A Millen     dmillen@fklmlaw.com, mkhamoo@fklmlaw.com, mmoskovitz@fklmlaw.com, rwozniak@fklmlaw.com

Elizabeth McKenna     emckenna@milberg.com

Eugene A Spector     Espector@srkw-law.com

Gary G Sackett     gsackett@joneswaldo.com, jmahoney@joneswaldo.com, jwilde@joneswaldo.com

Gregory L Crockett     gregcrockett@hopkinsroden.com, tammytheiler@hopkinsroden.com

Gregory P Hansel     ghansel@preti.com, kwoodman@preti.com

James A Wilson     jawilson@vorys.com, dmchilelli@vorys.com, kjrubin@vorys.com, tmcarter@vorys.com

James J Pizzirusso     jpizzirusso@hausfeldllp.com, kpatel@hausfeldllp.com, kryan@hausfeldllp.com, kstubbs@hausfeldllp.com, ppashai@hausfeldllp.com

James S Lowrie (Terminated)     jlowrie@joneswaldo.com, achavez@joneswaldo.com

Jay L Himes     jhimes@labaton.com, electroniccasefiling@labaton.com

Jay S Cohen     jcohen@srkw-law.com

Jeannine M Kenney     jkenney@hausfeldllp.com

Jeffrey L Spector     jspector@srkw-law.com

John Michael Avondet     javondet@beardstclair.com, gaffney@beardstclair.com, jessica@beardstclair.com

Joseph Michael Barton     jbarton@glancylaw.com, sfreception@glancylaw.com

Julio Joaquin Ramos     ramosfortrustee@yahoo.com

Kathleen Styles Rogers     krogers@kraloweclaw.com

Kenneth J Rubin     kjrubin@vorys.com

Kent Edward Nelson     kentnelson@uidaho.edu

Kimberly A Kralowec     kkralowec@kraloweclaw.com, enewman@kraloweclaw.com, ggray@kraloweclaw.com, krogers@kraloweclaw.com

Lauren Block     lblock@milberg.com

Lauren James Parker     lparker@orrick.com, crose@orrick.com, dcmanagingattorneysoffice@orrick.com, mknutsen@orrick.com

Lionel Z Glancy     lglancy@glancylaw.com

Mark A Griffin     mgriffin@kellerrohrback.com, dmarshall@kellerrohrback.com, ldouglas@kellerrohrback.com, rfarrow@kellerrohrback.com

Matthew L. Dameron     dameron@stuevesiegel.com, perez@stuevesiegel.com

Michael Hausfeld     mhausfeld@hausfeldllp.com

Michael D Gaffney     gaffney@beardstclair.com, javondet@beardstclair.com, jeff@beardstclair.com, jessica@beardstclair.com

Michael M Goldberg     mmgoldberg@glancylaw.com

Michael P Lehmann     mlehmann@hausfeldllp.com

Michael Sanford Smith     msmith@preti.com

Mindee J Reuben     reuben@wka-law.com, micucci@wka-law.com, spiegel@wka-law.com

Monte N Stewart     stewart@stm-law.com, cgtaylor@stm-law.com, dbower@stm-law.com, sarah.paralegal@yahoo.com, suzie@stm-law.com

Neil D McFeeley     nmcfeeley@eberle.com, tsmith@eberle.com

Patrick J Stueve     stueve@stuevesiegel.com, perez@stuevesiegel.com

Paul Novak     pnovak@milberg.com, dgjonaj@milberg.com, hbricker@milberg.com, MAOffice@milberg.com

Peter G.A. Safirstein     psafirstein@forthepeople.com

Philip Howard Gordon     pgordon@gordonlawoffices.com, bbistline@gordonlawoffices.com

Randall B Weill     rweill@preti.com, kwoodsum@preti.com

Reginald Von Terrell     reggiet2@aol.com

Richard A Rinkema     rrinkema@orrick.com, alawson@orrick.com, dsmutny@orrick.com

Richard C Boardman     rboardman@perkinscoie.com, docketboi@perkinscoie.com, shellylee@perkinscoie.com

Robert Rosenfeld     rrosenfeld@orrick.com, fphan@orrick.com, jmann@orrick.com, lhall@orrick.com, lherlinger@orrick.com, mmacdonald@orrick.com, rrinkema@orrick.com, tchurch@orrick.com, wcurtis@orrick.com

Robert Wozniak     rwozniak@fklmlaw.com

Robert A Miller     rmiller@mlklaw.com, tchamberlain@mlklaw.com

Robert W Biederman     rbiederman@steyerlaw.com

Robert W Finnerty     rfinnerty@girardikeese.com, tfaust@girardikeese.com

Ronald J Aranoff     aranoff@bernlieb.com, ecf@bernlieb.com, tmaloney@bernlieb.com, zolnoski@bernlieb.com

Salvatore Anthony Romano (Terminated)     sromano@porterwright.com

Samuel G Liversidge     Sliversidge@gibsondunn.com

Sharron Williams Gelobter     sgelobter@yurumeinlaw.com

Stephen Bomse     sbomse@orrick.com, fgarland@orrick.com, mmacdonald@orrick.com, tchurch@orrick.com

Stephen R Thomas     srt@moffatt.com, cld@moffatt.com, ecf@moffatt.com, kam@moffatt.com, moffattthomas@hotmail.com, tmh@moffatt.com

    Steve Six    six@stuevesiegel.com, warner@stuevesiegel.com

    Steven A Asher    asher@wka-law.com

    Steven A Kanner    skanner@fklmlaw.com

    Steven B Andersen    sba@andersenbanducci.com, ask@andersenbanducci.com, cme@andersenbanducci.com, sdm@andersenbanducci.com, tpk@andersenbanducci.com

    Susan G Kupfer    skupfer@glancylaw.com

    Sylvia M Sokol    ssokol@constantinecannon.com, ascott@constantinecannon.com, mvaccaro@constantinecannon.com

    Todd A Seaver    tseaver@bermandevalerio.com

    Wendy Butler Curtis    wcurtis@orrick.com

    William A Parsons    wparsons@pmt.org

    William L Greene    william.greene@leonard.com, carla.redmon@leonard.com

    Winston V Beard    winstonbeard@me.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the non-CM/ECF Registered Participants in the manner indicated:

    Via first class mail, postage prepaid addressed as follows:

    [None]

    Via electronic mail:

    [None]

                                        /s/ Susan G. Kupfer