KIMBERLY A. KRALOWEC (S.B.N. 163158)
kkralowec@kraloweclaw.com
KATHLEEN STYLES ROGERS (S.B.N. 122853)
krogers@kraloweclaw.com
THE KRALOWEC LAW GROUP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone:     (415) 546-6800
Facsimile: (415) 546-6801

*Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
EASTERN DIVISION

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Actions* | Case No. 4:10-MD-2186-BLW<br><br>**DECLARATION OF KIMBERLY A. KRALOWEC IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, KIMBERLY A. KRALOWEC, declare as follows:

1. I am an attorney licensed to practice law before all state and federal courts in California and admitted *pro hac vice* for this litigation in this Court. I am one of the attorneys of record for plaintiff Brigiotta's Farmland Produce and Garden Center, Inc. ("Brigiotta's") and the putative Direct Purchaser class in the above-entitled action. I have personal knowledge of the matters stated below, and if called upon to testify, would testify to them truthfully and competently.

1

2. I have been licensed to practice law in California since 1992 and have substantial experience prosecuting and defending complex class action cases in state and federal court. I am a former member of Severson & Werson, P.C., a 100-attorney San Francisco litigation firm, where I defended complex class action cases from 1996 through 2001. Since 2001, I have handled plaintiff-side consumer, wage and hour, and antitrust class actions, first with The Furth Firm LLP in San Francisco, and later as a partner with Schubert Jonckheer Kolbe & Kralowec LLP (now known as Schubert Jonckheer & Kolbe LLP), also in San Francisco. My present firm, The Kralowec Law Group in San Francisco, handles complex class action cases almost exclusively. I served as co-lead counsel or lead counsel in the numerous putative and certified class action cases identified in Exhibit A attached hereto.

3. In addition to myself, the attorney who has been and will be assisting me in handling this case and in representing the interests of Brigiotta's and the proposed class is Kathleen Styles Rogers, an experienced class action attorney who has been licensed to practice law in California since 1986 and is a former attorney of The Furth Firm LLP, where she and I both handled highly complex antitrust, consumer and employment class action litigation.

4. A copy of my current firm resume, with more detail on the background and qualifications of all of the firm's professionals, is attached hereto as Exhibit A.

5. The other firms and their individual attorneys who are co-counsel for the Plaintiffs and the putative class of Direct Purchaser Plaintiffs in this case, including James Pizzirusso whom the Court has already appointed Lead Counsel, likewise have substantial experience handling complex class action litigation. We are well qualified to represent the class in this case and will diligently fulfill our responsibilities as class counsel. I am not aware of any conflicts of interest with the proposed class or subclasses that would prevent us from diligently

2

and adequately representing them in this case.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 28, 2014 at San Francisco, California.

                                                /s/ *Kimberly A. Kralowec*_____
                                                Kimberly A. Kralowec

# EXHIBIT A



## THE KRALOWEC LAW GROUP
180 MONTGOMERY STREET, SUITE 2000
SAN FRANCISCO, CA 94104
TEL: (415) 546-6800

**The Kralowec Law Group** was founded in 2010 by attorney Kimberly A. Kralowec. The firm's practice focuses on plaintiffs' class action litigation (antitrust, consumer, wage & hour, and civil rights) in state and federal courts. A list of representative matters handled by the firm and its attorneys appears below.

## THE FIRM'S PROFESSIONALS

**Kimberly A. Kralowec, Principal.** During her 20-year career as a litigator, Ms. Kralowec has handled class action matters involving employment (wage and hour and misclassification), consumer finance (mortgage and auto), retail products (mislabeling and nondisclosure), antitrust (price-fixing and monopolization), and civil rights (Unruh Act). She has also handled numerous class actions alleging violations of California's Unfair Competition Law (Cal. Bus. & Prof. Code §§17200 *et seq.*) and Consumers Legal Remedies Act (Cal. Civ. Code §§1750 *et seq.*).

Ms. Kralowec served as lead appellate counsel for the employees in *Brinker Restaurant Corp. v. Superior Court*, 53 Cal.4th 1004 (2012), in which the California Supreme Court provided important clarifications of California class action law. Ms. Kralowec was named by the *Daily Journal* as one of the Top 100 Labor & Employment Lawyers in California and one of the Top 100 Women Lawyers in California, and received a 2013 *California Lawyer* Attorney of the Year ("CLAY") Award in recognition of her work on *Brinker*.

Ms. Kralowec is the author of *The UCL Practitioner* (http://www.uclpractitioner.com), the first and only weblog on California's Unfair Competition Law and California class actions. Created in 2003, *The UCL Practitioner* is visited an average of 250 times per business day and is used as a research and reference tool by judges, research attorneys, and practicing lawyers.

Ms. Kralowec publishes and lectures widely. Recent speaking engagements include "Aggregate Proof or 'Trial by Formula,'" (The Impact Fund, February 2013); 8th Annual Advanced Wage & Hour Seminar (California Employment Lawyers Association, May 2012); "The U.S. Supreme Court Redirects Class Action Defense" (American Bar Association, March 2012); "State Consumer Protection Laws: Enforcement and Litigation Trends in California" (American Bar Association, Section of Antitrust Law , May 11, 2011); "The Potential Impact of *Dukes* on Class Certification in Antitrust and

UCL Cases in the Ninth Circuit" (State Bar of California Antitrust and Unfair Competition Law Section, July 22, 2010); and "Antitrust Institute 2010: Developments & Hot Topics" (Practising Law Institute, May 21, 2010).

Recent articles include "*Dukes* and Common Proof in California Class Actions," *Competition* (Summer 2012); "Evidentiary Extrapolations in California Class Actions: Guidance from *Brinker*," *California Litigation* (July 2012); and "UCL Class Actions After *In re Tobacco II*," *CAOC Forum* (September/October 2009).

In 1992, Ms. Kralowec graduated from the University of California, Davis, School of Law, where she served as Senior Articles Editor of the *U.C. Davis Law Review*. Her law review article, "Estoppel Claims Against ERISA Employee Benefit Plans," 25 *U.C. Davis L. Rev.* 487 (1992), earned the Patrick J. Hopkins Memorial Writing Award for best student article of the year. In 1989, she graduated from Pomona College in Claremont, California with a B.A. in English (*cum laude*). While at Pomona College, she received the F.S. Jennings Prize in Expository Writing and was a three-time Pomona College Scholar. In 1992-1993, she served as a judicial clerk for Judge David Mannheimer of the Alaska Court of Appeals.

Ms. Kralowec is a former partner of Severson & Werson, P.C., a 100-attorney San Francisco litigation firm, where she regularly defended class action and UCL matters (2000-2001; Associate, 1996-2000). From 2001 through the present, Ms. Kralowec's practice has focused almost exclusively on plaintiff-side class action litigation, first as Of Counsel to The Furth Firm LLP in San Francisco (2001-2008), and later as a partner with Schubert Jonckheer Kolbe & Kralowec LLP (2008-2010), before founding her own firm in March 2010.

Ms. Kralowec served as a member of the Executive Committee of the Antitrust and Unfair Competition Law Section of the State Bar of California from 2008 through 2013, and currently serves as an advisor to the Section. She is an active member of the amicus curiae committee of Consumer Attorneys of California, on whose Board of Governors she served from 2007-2012.

Ms. Kralowec is admitted to practice in California, the United States Courts of Appeals for the Ninth, Fifth, and Eleventh Circuits, the federal district courts in California, and the United States Supreme Court.

**Kathleen Styles Rogers, Of Counsel.** Ms. Rogers' diverse legal career includes over 20 years' experience practicing antitrust and other complex business litigation, as well as 6 years' experience as Senior Counsel for MCI Telecommunications Corp. Her litigation experience includes class action matters involving antitrust, employment and unfair competition law (California's Unfair Competition Law (Cal. Bus. & Prof. Code §§17200 *et seq.*).

Ms. Rogers received her B.A. from the University of California, Santa Barbara, and her J.D. from the University of Santa Clara, School of Law, where she served as the first Articles Editor of Santa Clara's *Computer & High-Technology Law Journal*. During law school, Ms. Rogers served as a judicial extern for Justice Edward A Panelli during his tenure on the California Court of Appeal, First Appellate District.

Ms. Rogers formerly was Of Counsel to San Francisco complex litigation firms including The Furth Firm LLP and Hausfeld LLP and was Partner in a general litigation firm with former Congressman Paul N. "Pete" McCloskey, Jr.

Ms. Rogers is admitted to practice in California, the United States Courts of Appeals for the Ninth Circuit and federal district courts in California.

**Arthur C. Kralowec, Of Counsel.** Mr. Kralowec received his B.A. degree in History from the University of Southern California in 1963. He was awarded his J.D. degree in 1971 from the University of California, Davis, School of Law. Mr. Kralowec has handled litigation and transactional matters for more than 35 years, including regular jury trials throughout his career. He is admitted to practice in all state and federal courts in California.

**Gary M. Gray, Senior Paralegal and Administrator.** Mr. Gray was educated at the University of California, Santa Cruz, and has 20 years' experience as a litigation paralegal, first with The Furth Firm LLP and its predecessors and more recently with the Chicago firm of Miller Law LLC. He has had intensive involvement, from pre-filing research through trial and post-trial settlement administration, in numerous antitrust and price-fixing cases, including Kendall-Jackson v. Gallo (trade dress), Alakayak v. All Alaskan (Bristol Bay Salmon Price-Fixing Litigation), High Pressure Laminates Antitrust Litigation, Microcrystalline Cellulose Antitrust Litigation, Abid v. Grosvenor Bus Lines, Inc., and Nurse Wages Cases (Reed v. Advocate Healthcare, Inc.).

## REPRESENTATIVE MATTERS

### Antitrust Class Actions

**In re TFT-LCD (Flat Panel) Antitrust Litigation** (U.S. District Court, Northern District of California) (Judicial Panel on Multidistrict Litigation No. 1827). Co-counsel for nationwide and California classes of indirect purchasers of flat-panel displays (liquid crystal displays or "LCDs") including computer monitors, laptops, and televisions. Plaintiffs allege that defendants, who are among the major manufactures of LCDs worldwide (including Samsung, Hitachi and LG Philips), engaged in a wide-ranging conspiracy to eliminate competition and to fix and inflate the prices of the displays, resulting in significant increased costs to consumers. Action settled for nearly $1 billion.

**3M Transparent Tape Cases** (California Superior Court, City and County of San Francisco, Judicial Council Coordination Proceeding). Co-Lead counsel for plaintiffs in a class action brought on behalf of California indirect purchasers of 3M's transparent tape. Plaintiffs alleged that 3M unlawfully maintained a monopoly in the market for invisible and transparent home and office tape through various arrangements, contracts, agreements, trusts and combinations in restraint of trade designed primarily to restrict the availability of lower priced transparent tape products to consumers and to maintain high retail prices for its Scotch Brand retail products. Action settled for relief valued at approximately $42 million.

**In re Credit/Debit Card Tying Cases** (California Superior Court, City and County of San Francisco, Judicial Council Coordination Proceeding). Co-counsel for plaintiffs in putative class action under California Unfair Competition Law alleging that credit card issuers (Visa and MasterCard) unlawfully tied their debit card services to their credit card services, resulting in inflated merchant exchange fees for debit card services that were passed on to the plaintiff retail customers. Action settled for $31 million (settlement approval pending).

**Abid v. Grosvenor Bus Lines, Inc., et al.** (California Superior Court, City and County of San Francisco). Lead counsel for plaintiffs in antitrust class action brought on behalf of hotel employees and other sales agents who were paid by commission for selling sightseeing bus tours of San Francisco and other nearby tourist destinations. The suit alleged that the three major San Francisco sightseeing tour operators agreed to price-fix the commissions they pay to the sales agents and to jointly lower the commissions to anticompetitive levels in violation of California's Cartwright Act and unfair competition law. Action settled for $3.1 million and injunctive relief.

**In re Dynamic Random Access Memory (DRAM) Antitrust Litigation** (U.S. District Court, Northern District of California). Co-counsel for a putative nationwide class of indirect purchasers of DRAM. Plaintiffs allege that the defendants, who are among the world's largest manufacturers of DRAM, conspired to illegally fix the price of DRAM sold in the United States. The firm represents a client who assembled and sold specially-configured, high-performance computers in California during the class period. Action settled for $310 million in aggregate settlements (approval pending).

**In re Optical Disk Drives Antitrust Litigation** (U.S. District Court, Northern District of California). Co-counsel for nationwide class of direct purchasers of optical disk drives, including those installed in laptop computers and CD players. Plaintiffs allege that defendants, who are among the major manufacturers of optical disk drives worldwide, engaged in price-fixing and a conspiracy to eliminate competition. Settlements of $37.75 million approved to date. Action pending.

**In re Skelaxin (Metaxalone) Antitrust Litigation** (U.S. District Court, Eastern District of Tennessee). Co-counsel for class of independent pharmacies who purchased branded Skelaxin, a muscle-relaxant drug, for resale. Plaintiffs allege that King Pharmaceuticals conspired with its competitors to delay market entry of a generic version of the drug. Action settled for $2.1 million (settlement approval pending).

**Brigiotta's Farmland Produce and Garden Center, Inc. v. United Potato Growers of Idaho, Inc. et al.** (U.S. District Court, District of Idaho). Co-counsel for nationwide class of direct purchasers of fresh and process potatoes. Plaintiffs allege that defendants engaged in a conspiracy to drive up prices of potatoes nationwide by diminishing output through agreements to reduce acreage and other anticompetitive means. Action pending.

**In re Musical Instruments Antitrust Litigation** (U.S. District Court, Southern District of California). Co-counsel for nationwide class of direct purchasers of guitars and other musical instruments from Guitar Center. Plaintiffs allege a scheme involving Guitar Center, the National Association of Music Merchants, and various retailers and

manufactures to eliminate competition in the market for musical instrument products. Action pending.

**Nurse Wages Cases: Reed, et al. v. Advocate Healthcare, Inc. et al.** (U.S. District Court, Northern District of Illinois).  Co-counsel for plaintiff RNs in price-fixing class action alleging that the named defendant healthcare providers have conspired to fix and depress wages being paid to the nurse plaintiffs, and that they accomplished the conspiracy through unlawful exchanges of wage information through trade associations and otherwise.  Action settled.

## Unfair Competition Law Class Actions

**In re Apple iPhone/iPod Warranty Litigation** (United States District Court, Northern District of California).  Co-counsel in consumer class action on behalf of owners of iPhone and iPod touch devices alleging that Apple fails to honor its warranty obligations and uses faulty Liquid Submersion Indicators as a basis for improper denial of warranty coverage.  Action settled for $53 million.

**Minton v. Herbalife International, Inc. et al.** (California Superior Court, County of Los Angeles). Co-counsel in class action alleging unlawful and fraudulent "endless chain" scheme.  Ms. Kralowec assisted in the class certification, settlement, and settlement approval phases of the case.  Action settled for $1.75 million.

**Streit v. Farmers Group, Inc. et al.** (California Superior Court, County of Los Angeles).  Co-counsel and lead appellate counsel in UCL class action alleging that defendant insurance company failed to adequately disclose its charges for mid-term policy cancellation.  On appeal, obtained reversal of order sustaining demurrer without leave to amend.  Action now pending in trial court.

**Ackerman v. Zynga Inc.** (California Superior Court, City and County of San Francisco). Co-counsel in consumer UCL class action on behalf of purchasers of "Words With Friends" and other games.  Plaintiff alleges that Zynga misrepresented in the Apple App Store that the paid versions of the games would be "ad-free" when they were not.  As a result of lawsuit, the user interface of the games was changed to provide users with the "ad-free" gaming experience they paid for.  Action concluded.

**Levitte v. Google, Inc.** (United States District Court, Northern District of California). Co-counsel in UCL class action alleging misrepresentations to AdWords customers regarding the types and quality of the websites on which advertisers' ads would be placed.  Action pending.

**Watts v. Allstate Indemnity Co. et al.** (United States District Court, Eastern District of California).  Co-counsel in UCL, breach of contract and fraud class action against insurance company alleging improper payment of policy benefits.  Action concluded.

**Kent v. Avis Rent A Car System LLC** (California Court of Appeal, Fourth Appellate District, Division Three).  Appellate consultant in UCL and CLRA class action alleging improper administrative fee charges.  Retained to assist with oral argument preparation. Action concluded.

**Clawson v. Automobile Club of Southern California** (California Superior Court, County of Orange). Consultant in UCL action alleging violation of California statute governing commission rates for auto insurance sales agents. Retained to assist with opposing demurrer; demurrer overruled. Action concluded.

**Compassion Over Killing v. Cal-Cruz Hatcheries** (California Superior Court, County of Santa Cruz). Co-counsel in UCL action for violation of California animal cruelty laws. Retained as UCL expert to assist with standing arguments. Action concluded.

**Cobb v. BSH Home Appliance Corp.** (United States District Court, Central District of California). Consultant in UCL, CLRA and breach of warranty action against product manufacturer. Retained as UCL expert to assist with opposing motions to dismiss; motions denied. Action concluded.

**Quacchia v. DaimlerChrysler Corporation** (California Superior Court, County of Alameda). Co-counsel in UCL and CLRA class action alleging failure to disclose known safety defect in seat belt design. Action concluded.

### Securities Class Actions

**In re AOL Time Warner Securities Litigation** (U.S. District Court, Southern District of New York). Co-counsel in securities class action alleging falsification of advertising revenues in public filings, improperly inflating stock price. Ms. Kralowec participated in high-level document review and analysis. Action settled for $2.5 billion.

**Herron v. Lark Creek Investment Management Co. et al.** (California Superior Court, City and County of San Francisco). Co-Lead counsel for plaintiffs in derivative and class action litigation on behalf of investors in Madoff feeder fund. Action settled for $3.66 million.

**Herron v. CARE Market et al.** (California Superior Court, City and County of San Francisco). Co-Lead counsel for plaintiffs in derivative action seeking clawback of mistakenly-paid false profits for benefit of Madoff feeder fund. Action pending.

### Wage & Hour and Employment Class Actions

**Brinker Restaurant Corporation v. Superior Court (Hohnbaum)** (California Superior Court, County of San Diego). Lead appellate counsel in class action alleging violations of California's meal period and rest break laws. Certified class consists of over 60,000 California employees of Brinker Restaurant Corporation, which operates Chili's, the Macaroni Grill, and other statewide restaurant chains. Action settled for relief of up to $56.5 million (settlement approval pending).

**Savaglio v. Wal-Mart Stores, Inc.** (California Superior Court, County of Alameda). The Furth Firm LLP acted as lead counsel in this class action alleging failure to pay meal periods and rest breaks. Ms. Kralowec assisted with the briefing. Action resulted in jury verdict of $172 million and settled while on appeal.

**Thomas v. California State Automobile Association** (California Superior Court, County of Alameda). Co-counsel in wage and hour class action alleging misclassification of insurance adjusters as "exempt" employees in violation of the Labor Code. Action settled for $8 million.

**Salvas v. Wal-Mart Stores, Inc.** (Supreme Judicial Court of Massachusetts). The Furth Firm LLP acted as lead counsel in this class action alleging failure to pay meal periods and rest breaks. Ms. Kralowec assisted with the appellate briefing. Action settled for $40 million.

**Frlekin v. Apple Inc.** (U.S. District Court, Northern District of California). Co-counsel in putative class action and FLSA collective action seeking compensation for unpaid time spent engaging in employer-required security searches. Action pending.

**Bluford v. Safeway Stores, Inc.** and **Cicairos v. Summit Logistics, Inc.** (California Superior Court, County of San Joaquin). Co-counsel in class action alleging violations of California's meal period and rest break laws. Action pending.

**In re AMR Wage & Hour Cases** (California Superior Court, County of Alameda). Co-Lead counsel in wage and hour class action on behalf of putative class of California ambulance drivers, paramedics and dispatchers improperly denied their meal periods and rest breaks. Action pending.

## Civil Rights Class Actions

**Adler v. California Family Health LLC dba California Family Fitness** (California Superior Court, County of Sacramento). Lead counsel in civil rights class action alleging that chain of gyms provided unequal facilities to its members on the basis of gender, in violation of the Unruh Civil Rights Act and other laws. As a result of lawsuit, single-sex workout areas of gyms were opened up to all members. Action settled.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th[th] day of August, 2014, a true and correct copy of

**Declaration Of Kimberly A. Kralowec In Support Of Direct Purchaser Plaintiffs' Motion For Class Certification**

was caused to be filed with the Court's ECF system.

/s/ Linda Rorem