UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION** | Case No. 4:10-MD-2186-BLW<br><br>**ORDER** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

**IT IS ORDERED:**

1. The Joint Stipulation Regarding Class Certification Briefing Page Limits (Dkt. 680) is **ADOPTED** by the Court.



DATED: September 2, 2014

B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1