# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION** | Case No. 4:10-MD-2186-BLW |
| **THIS DOCUMENT RELATES TO:** *Direct Purchaser Plaintiff and Indirect Purchaser Plaintiff Actions* | **ORDER** |

Lead Counsel for the Direct Purchaser Plaintiffs ("DPPs") and Indirect Purchaser Plaintiffs ("IPPs) (collectively, "Plaintiffs"), on the one hand, and Defendants, on the other hand, stipulated and agreed as follows (Dkt. 725):

1. The DPPs and IPPs have filed motions seeking certification of classes for damages and injunctive relief in the above-entitled actions (MDL Dkt. 681 & 685) Defendants' opposition to those motions ("Opposition") is currently due to be filed on December 19, 2014.

2. Defendants have filed a Motion For An Extension Of Time To Respond To Class Plaintiffs' Motions For Class Certification (Dkt. 717) seeking additional time to file their opposition to class certification for the reasons set forth therein. Plaintiffs dispute the assertions made in that Motion and would otherwise oppose it, but are willing to stipulate to an extension for the reasons set forth in paragraph 3 below.

3. DPPs, IPPs, and Defendants ("the Parties") have commenced good faith discussions regarding the potential settlement of these actions. The Parties to the stipulation believe that it will assist them in their efforts to achieve resolution if the date for Defendants' Opposition and other dates related to the motions for class certification, are postponed as outlined in the stipulation.

4. The Parties to this stipulation also have a disagreement as to whether additional time should be allowed for the depositions of Plaintiffs' respective class certification experts and Defendants have moved the court to allow a 2-day deposition of each such expert. Plaintiffs do not agree to such an enlargement. However, the Parties have agreed to have that motion taken off calendar subject to being reset as reflected in the minute entry order, dated October 20, 2014 (Dkt. 722).

5. Plaintiffs have raised and pursued through meet and confer correspondence several outstanding discovery disputes with Defendants. Defendants believe that these issues are untimely or are without merit, or have otherwise not yet responded to issues raised by Plaintiffs. The Parties to the stipulation believe that it will assist them in their efforts to achieve resolution if efforts to resolve these outstanding discovery disputes are suspended while these settlement efforts are ongoing.

6. For all of these reasons, **IT IS HEREBY ORDERED** as follows:

    a. Defendants' Motion For An Extension Of Time To Respond To Class Plaintiffs' Motions For Class Certification (Dkt. 717) shall be deemed moot.

    b. The due date for Defendants' Opposition to the DPPs' and IPPs' class certification motions shall be extended to February 2, 2015. The date for

Plaintiffs' replies in support of their motions shall be extended for a like amount of time, to April 27, 2015. The Court shall set a new date for consideration of Plaintiffs' motions based on its schedule and convenience.

c. By November 17, 2014, the parties shall confer regarding a briefing and argument schedule for Defendants' Motion for expansion of the depositions of Plaintiffs' experts beyond 7 hours to the extent that issue remains unresolved and shall advise Judge Dale's chambers of the proposed schedule.

d. All efforts to resolve outstanding discovery disputes raised among the Parties shall be suspended until November 24, 2014 without prejudice to the requesting or responding Parties, after which such efforts, whether formal or informal, shall resume.

e. No other dates currently scheduled are affected by this stipulation, although the parties contemplate that some further adjustments to the current schedule may be required in light of the stipulated postponement of the class certification motion schedule. The Court will address these potential changes at a later date.

DATED: October 27, 2014

B. Lynn Winmill
Chief Judge
United States District Court