UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 4:10-MD-2186-BLW<br><br>ORDER |

Based on the parties' proposed schedule for the preliminary and final approval of the proposed settlement agreements, submitted to the Court via electronic mail on May 18, 2015, the Court issues the following order:

NOW THEREFORE IT IS HERBY ORDERED that the following deadlines and procedures shall govern this litigation:

1. <u>Motions for Preliminary Approval, Certification of Settlement Classes, and Approval of the Notice Plans/Forms of Notice:</u> The parties shall file such motions with the Court on or before **June 1, 2015**.

2. <u>Telephonic Hearing re: Preliminary Approval, Certification of Settlement Classes, and Approval of the Notice Plans/Forms of Notice:</u> A telephonic hearing shall be held on **June 11, 2015, at 9:30 a.m. MDT**. The parties shall use the following information to join the call. The dial in number is 1-877-336-1828. The access code is 4685496, and the security code is 2591.

ORDER - 1

3. <u>Court's Order on Preliminary Approval, Certification, and Notice Plans/Forms of Notice:</u> The Court will issue its decision on or before **June 18, 2015**. If preliminary approval is granted, the following additional deadlines will apply:

4. <u>Notice Period:</u> The notice period will commence on **July 2, 2015.**

5. <u>Plaintiffs' Motions for Attorneys' Fees and Costs and for Incentive Awards to Class Representatives:</u> All such motions shall be filed with the Court on or before **August 28, 2015.**

6. <u>Opt-Out/Objection/Claim-Filing Deadline:</u> Any person opting out, objecting, or filing a claim must do so on or before **October 16, 2015.**

7. <u>Motions for Final Approval:</u> All such motions must be filed on or before **November 27, 2014.**

8. <u>Final Approval Hearing</u>: Such hearing will tentatively take place sometime between November 30, 2015 and December 11, 2015, with an exact date and time to be set by the Court.

DATED: May 21, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 2