Philip Gordon, Esq. (ISBN 1996)
GORDON LAW OFFICES
623 W. Hays Street
Boise, Idaho 83702
Phone: (208) 345-7100
Fax: (208) 345-0050
pgordon@gordonlawoffices.com
[Additional Counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION | ) ) ) | Civil Case No. 4:10-md-02186 BLW |
| ——————————————— | ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| *Direct Purchaser Plaintiffs' Action.* | ) ) | |
| ——————————————— | ) | |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR:**

**1)  PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**
**2)  CERTIFICATION OF A SETTLEMENT CLASS & APPOINTMENT OF SETTLEMENT CLASS COUNSEL & EXECUTIVE COMMITTEE;**
**3) APPROVAL OF THE NOTICE PLAN AND FORM OF NOTICE AND ORDER DIRECTING NOTICE TO THE SETTLEMENT CLASS.**

Direct Purchaser Plaintiffs ("Plaintiffs") move this Court for an Order: (1) preliminarily

approving the Settlement Agreement among Plaintiffs and all Defendants, attached as Exhibit A

to the accompanying memorandum in support of this motion; (2) certifying a Settlement Class

and appointing Settlement Class Counsel and a Settlement Executive Committee; and (3)

1

approving a Notice Plan, including the form and content of the Notice, and directing Notice to the Settlement Class. In support of this Motion, Plaintiffs rely on their Memorandum in Support of the Motion, Exhibit A to that Memorandum, and supporting declarations and their accompanying Exhibits. A proposed Order is attached as Exhibit B to the Memorandum in Support.

Dated:  June 1, 2015

Respectfully submitted,

/s/  James J. Pizzirusso
James J. Pizzirusso, Esq.
Michael D. Hausfeld, Esq.
Jeannine M. Kenney, Esq.
**HAUSFELD LLP**
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com
jpizzirusso@hausfeldllp.com
jkenney@hausfeldllp.com

Michael Lehmann, Esq.
Art Bailey, Jr., Esq.
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Phone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeldllp.com
abailey@hausfeldllp.com

***Chair, Direct Purchaser Plaintiffs'
Executive Committee***

Philip Gordon, Esq. (ISBN 1996)
**GORDON LAW OFFICES**
623 W. Hays Street
Boise, Idaho 83702
Phone: (208) 345-7100
Fax: (208) 345-0050
pgordon@gordonlawoffices.com
***Local Counsel for Direct Purchaser Plaintiffs and the Proposed Class***

2

Stanley D. Bernstein, Esq.
Ronald J. Aranoff, Esq.
Christian Siebott, Esq.
Gabriel G. Galletti, Esq.
**BERNSTEIN LIEBHARD LLP**
10 East 40th Street, 22nd Floor
New York, NY 10016
Phone: (212) 779-1414
Fax: (212) 779-3218
bernstein@bernlieb.com
aranoff@bernlieb.com
siebott@bernlieb.com
galletti@bernlieb.com

Eugene A. Spector, Esq.
Jay S. Cohen, Esq.
Jeffrey L. Spector, Esq.
**SPECTOR ROSEMAN KODROFF AND WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300
Fax: (215) 496-6611
espector@srkw-law.com
jcohen@srkw-law.com
jspector@srkw-law.com

Bruce L. Simon, Esq.
Aaron M. Sheanin, Esq
**PEARSON SIMON WARSHAW PENNY, LLP**
44 Montgomery Street
Suite 1200
San Francisco, CA 94104
Phone: (415) 433-9000
Fax: (415) 433-9008
bsimon@pswplaw.com
asheanin@pswplaw.com

Daniel L. Warshaw, Esq.
**PEARSON SIMON WARSHAW PENNY. LLP**
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
Phone: (818) 788-8300
Fax: (818) 788-8104
dwarshaw@pswplaw.com

Mindee J. Reuben, Esq.
**WEINSTEIN KITCHENOFF & ASHER LLC**
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Phone: (215) 545-7200
Fax: (215) 545-6535
reuben@wka-law.com

Bonny E. Sweeney, Esq.
Carmen A. Medici, Esq.
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: (619) 231-1058
Fax: (619) 231-7423
bonnys@rgrdlaw.com
cmedici@rgrdlaw.com

Jay Himes, Esq.
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Phone: (212) 907-0717
Fax: 212-818-0477
JHimes@labaton.com

Allan Steyer, Esq.
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94111
Phone: (415) 421-3400
Fax: (415) 421-2234
asteyer@steyerlaw.com

Steven A. Kanner, Esq.
Douglas A. Millen, Esq.
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015 USA
Phone: (224) 632-4500
Fax: (224) 632-4521
skanner@fklmlaw.com
dmillern@fklmlaw.com

*Direct Purchaser Plaintiffs' Executive Committee*

Mark Griffin, Esq.
**KELLER ROHRBACK LLP**
1201 Third Street, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
mgriffin@kellerrohrback.com

Benjamin Bianco, Esq.
**FRANK AND BIANCO LLP**
275 Madison Ave, Suite 705
New York, NY 10016
Phone: (212) 682-1853
Fax: (212) 682-1892
bbianco@frankandbianco

Kimberly A. Kralowec, Esq.
**THE KRALOWEC LAW GROUP**
188 The Embarcadero, Suite 800
San Francisco, CA 94105
Phone: (415) 546-6800
Fax: (415) 546-6801
kkralowec@kraloweclaw.com

Daniel Cohen, Esq.
**CUNEO GILBERT & LADUCA LLP**
106-A South Columbus Street
Alexandria, VA 22314
Phone: (202) 789-3960
Fax: (202) 789-1813
danielc@cuneolaw.com

Arthur N. Bailey, Sr., Esq.
**ARTHUR N. BAILEY & ASSOCIATES**
111 West Second St., Suite 4500
Jamestown, NY 14701
Phone: (716) 483-3732
Fax: (716) 664-2983
artlaw@windstream.net

*Additional Counsel for Direct Purchaser Plaintiffs*