# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st Day of June, 2015, a true and correct copy of the foregoing MOTION FOR: 1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; 2) CERTIFICATION OF A SETTLEMENT CLASS & APPOINTMENT OF SETTLEMENT CLASS COUNSEL & EXECUTIVE COMMITTEE; 3) APPROVAL OF THE NOTICE PLAN AND FORM OF NOTICE AND ORDER DIRECTING NOTICE TO THE SETTLEMENT CLASS and all accompanying exhibits and declarations were caused to be filed with CM/ECF with service by electronic mail to the following:

Aaron M. Chandler
amc@andersenbanducci.com

Aaron M. Sheanin
asheanin@pswplaw.com

Adrian Fontecilla
afontecilla@proskauer.com

Albert P. Barker
abp@idahowaters.com

Allen Steyer
asteyer@steyerlaw.com

Amanda K. Brailsford
akb@andersenbanducci.com

Andrew Funk
funk@stuevesiegel.com

Anthony D Phillips
aphillips@bermandevalerio.com

Arthur N. Bailey, Jr.
abailey@hausfeldllp.com

Bart M. Davis
bmdavis@bmdlaw.net

Benjamin D. Bianco
bbianco@frankandbianco.com

Bobby Pouya
bpouya@pswlaw.com

Bonny E. Sweeney
bonnys@rgrdlaw.com

Brad P. Miller
bmiller@hawleytroxell.com

Brent V. Manning
bmanning@mc2b.com

Brian McGovern
bmcgovern@mlklaw.com

Carmen A. Medici
cmedici@rgrdlaw.com

Chad V. Bonanni
chad@essex.bpflegal.com

Charles S. Slidders
Cslidders@milberg.com

Christopher Ondeck
condeck@proskauer.com

Daniel G. Swanson
dswanson@gibsondunn.com

Daniel E. Williams
danw@thomaswilliamslaw.com

Daniel M. Cohen
danielc@cuneolaw.com

Daniel W. Bower
dbower@stm-law.com

David A Hickey
Hickey@stueveseigel.com

David A. Scupp
dscupp@cpny.com

David F. Smutney
dsmutney@orrick.com

David J. Syrios
dsyrios@ademilaw.com

D. Scott Macrae
smacrae@bamlawlj.com

Donald Amamgbo
Donald@amamgbolaw.com

Donald M. Barnes
dbarnes@porterwright.com

Douglas A. Millen
dmillen@fklmlaw.com

Elizabeth McKenna
emckenna@milberg.com

Eric P. Enson
epenson@jonesday.com

Eugene A. Spector
espector@srkw-law.com

Gary G. Sackett
gsackett@joneswaldo.com

Gregory L. Crockett
gregcrockett@hopkinsroden.ocm

Gregory P Hansel
ghansel@preti.com

James A. Wilson
jawilson@vorys.com

James Pizzirusso
jpizzirusso@hausfeldllp.com

Jay L. Himes
jhimes@labaton.com

Jay S. Cohen
jcohen@srkw-law.com

Jeannine M. Kenney
Jkenney@hausfeldllp.com

Jeffrey Alan LeVee
jlevee@jonesday.com

Jeffrey L. Spector
jspector@srkw-law.com

John Michael Avondet
javondet@beardstclair.com

Joseph Michael Barton
jbarton@glancylaw.com

Julio Joaquin Ramos
ramosfortrustee@yahoo.com

Kathleen Styles Rogers
krogers@kraloweclaw.com

Kenneth J. Rubin
kjrubin@vorys.com
Kimberly A. Kralowec
kkralowec@kraloweclaw.com

Lionel Z. Glancy
lglancy@glancylaw.com

Lauren Block
lblock@milberg.com

Lauren James Parker
lparker@orrick.com

Mark A Griffin
mgriffin@kellerrohrback.com

Michael M. Goldberg
mmgoldberg@glancylaw.com

Michael Hausfeld
mhausfeld@hausfeldllp.com

Michael D. Gaffney
gaffney@beardstclair.com

Michael P. Lehmann
mlehmann@hausfeldllp.com

Michael Sanford Smith
msmith@preti.com

Mindee J. Reuben
reuben@wka-law.com

Monte N. Stewart
stewart@stm-law.com

Neil D. McFeeley
nmcfeeley@eberle.com

Patrick J. Stueve
stueve@stuevesiegle.com

Paul Novak
pnovak@milberg.com

Peter Safirstein
psafirstein@milberg.com

Philip Howard Gordon
pgordon@gordonlawoffices.com

Randall B. Weill
rweill@preti.com

Reginald Von Terrell
Reggie2@aol.com

Richard C. Boardman
rboardman@perkinscoie.com

Robert Rosenfeld
rrosenfeld@orrick.com

Robert W. Biederman
rbiederman@steyerlaw.com

Robert W Finnerty
rfinnerty@girardikeese.com

Robert A. Miller
rmiller@mlklaw.com

Robert Wozniak
rwozniak@fklmlaw.com

Ronald J. Aranoff
aranoff@bernlieb.com

Samuel G. Liversidge
sliversidge@gibsondunn.com

Sharron Williams Gelobter
sgelobter@yurumeinlaw.com

Stephen R. Thomas
srt@moffatt.com

Steven A. Asher
asher@wka-law.com

Steven A. Kanner
skanner@fklmlaw.com

Steven B. Anderson
sba@andersenbanducci.com
Steven Bomse
sbomse@orrick.com

Susan G. Kupfer
skupfer@glancylaw.com

Steve Six
six@stuevesiegel.com

Sylvia S. Sokol
ssokol@constantinecannon.com

Wade L. Woodard
wwoodard@bwslawgroup.com

Wendy Butler Curtis
wcurtis@orrick.com

William Greene
William.greene@leonard.com

Winston Beard
winston@beardstclair.com

In addition, a true and correct copy of the foregoing was caused to be sent by electronic mail to the following attorneys not registered to receive electronic notice via CM/ECF: None.

/s/ James Pizzirusso
Hausfeld LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
202.540.7200 Phone
202.540.7201 Fax