UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION** | **Case No. 4:10-MD-2186-BLW**<br><br>**ORDER** |
| **THIS DOCUMENT RELATES TO:** Kansas Tag-Along Action Only. Associated Wholesale Grocers, Inc. v. United Potato Growers of America, Inc.,  *et al*. | |

The following deadlines shall govern this matter:

1. For Merits Expert Discovery.

   a. AWG shall disclose the experts intended to be called at trial on or before **March 1, 2016**. This disclosure must comply with Rule 26(a)(2).

   b. Defendants may depose AWG's experts up until **April 15, 2016**.

   c. Defendants shall disclose the experts intended to be called at trial as to AWG's claims on or before **May 1, 2016**.

   d. AWG may depose Defendants' experts intended to be called at trial up until **June 20, 2016**.

   e. AWG shall disclose rebuttal experts on or before **July 20, 2016**. This disclosure must comply with Rule 26(a)(2).

**ORDER - 1**

      f. Defendants may depose AWG's rebuttal experts up until **August 22, 2016**.

2. Dispositive Motions.

      a. Dispositive Motions shall be filed on **September 23, 2016**.

      b. Response briefs shall be filed on **November 21, 2016**.

      c. Reply briefs shall be filed on **December 12, 2016**.

**IT IS SO ORDERED**.

DATED: December 14, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court