UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION** | **Case No. 4:10-MD-2186-BLW**<br><br>**ORDER** |

**THIS DOCUMENT RELATES TO:**

Kansas Tag-Along Action Only

*Associated Wholesale Grocers, Inc. v. United Potato Growers of America, Inc., et al.*

Case No. KS/2:13-cv-02182 (JAR)

**IT IS ORDERED:**

1. The Stipulation (Dkt. 918) is **GRANTED**. All claims by Asociated Wholesale Grocers, Inc. against Defendants Blaine Larsen Farms, Inc., Driscoll Potatoes, Inc., and Rigby Produce, Inc. are dismissed.



DATED: May 11, 2016

B. Lynn Winmill
Chief Judge
United States District Court