UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION | Case No. 4:10-MD-2186-BLW<br><br>ORDER |
| THIS DOCUMENT RELATES TO:<br><br>Kansas Tag-Along Action Only<br><br>*Associated Wholesale Grocers, Inc. v. United Potato Growers of America, Inc., et al.* | |

    **IT IS ORDERED:** Associated Wholesale Grocers, Inc.'s Motion to Modify Scheduling Order And For Additional Time To Depose Defendants' Expert David T. Scheffman (Dkt. 431 in Case No. 4:13-cv-00251-BLW; Dkt. 922 in Case No. 4:10-MD-2186-BLW) is **DENIED**. The parties shall work together to schedule the deposition for sometime on or before June 30, 2016.

DATED: June 1, 2016

B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1