UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Kansas Tag-Along Action Only<br><br>*Associated Wholesale Grocers, Inc. v. United Potato Growers of America, Inc., et. al.* | Case No. 4:10-MD-2186-BLW<br>Case No. 4:13-cv-00251-BLW<br><br>**ORDER** |

The Court has before it the Stipulation of Dismissal with Prejudice. Good cause appearing, the Court will grant the stipulation.

**IT IS ORDERED:**

1. The Stipulation of Dismissal with Prejudice (Dkt. 928 in 4:10-MD-2186-BLW and Dkt. 437 in 4:13-cv-00252-BLW) is **GRANTED**. All claims by AWG against Potandon in the above-captioned action are hereby dismissed

with prejudice, and all claims by Potandon against AWG in the above-captioned action are hereby dismissed with prejudice. AWG and Potandon shall each bear its own costs and attorneys' fees. This Order does not affect AWG's claims against nay Defendant except Potandon.

DATED: October 6, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**